ARTHUR E. CERF, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. YVONNE SMOLDEREN, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 39 *N. J. Super.* 222.

*Messrs. McCarter, English & Studer* and *Mr. Verling C. Enteman* for the petitioner.

*Messrs. Torppey & Teltser* for the respondents.

September 10, 1956.

IN THE MATTER OF THE ESTATE OF BERNARD R. ARMOUR, DECEASED.

On petition for certification to Superior Court, Appellate Division.

See same case below: 40 *N. J. Super.* 177.

*Messrs. Carpenter, Bennett, Beggans & Morrissey* for the petitioners.

*Messrs. Milton, McNulty & Augelli* for the respondents.